UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. TOWER CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STS INTERNATIONAL, INC.; and DOES 1-100,<br><br>    Defendants. | CIV-F-08-0228 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 12, 2008 AND TAKING MATTER UNDER SUBMISSION |

    Defendant STS International has filed a motion to (1) dismiss the sixth and tenth causes of action, (2) strike the request for punitive damages, and (3) dismiss or transfer the case for improper venue. Doc. 6. Plaintiff US Tower has filed a timely opposition; Defendant has filed a timely reply. Docs. 12 and 16. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 12, 2008, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    May 7, 2008                            /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

1