1

HOLLAND & KNIGHT LLP
   Robert A. Bleicher (SBN 111334)
2   50 California Street, Suite 2800
San Francisco, CA 94111
3   Telephone (415) 743-6900
Facsimile (415) 743-6910
4   Email: robert.bleicher@hklaw.com

5   HOLLAND & KNIGHT LLP
   Stacey H. Wang (SBN 245195)
6   633 West Fifth Street, 21st Floor
Los Angeles, California  90071-2040
7   Telephone (213) 896-2400
Facsimile (213) 896-2450
8   Email: stacey.wang@hklaw.com

9   Attorneys for Defendant
STS INTERNATIONAL, INC.
10

11                   **UNITED STATES DISTRICT COURT**

12             **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

13

14   US TOWER CORPORATION, a             ) Case No.: 1:08-CV-00228-AWI-SMS
California corporation,                 )
15                                       ) [Hon. Sandra M. Snyder]
                                         )
16                   Plaintiff,          )
                                         )
17        vs.                            ) **STIPULATION AND  ORDER TO**
                                         ) **CONTINUE TIME TO AMEND**
18   STS INTERNATIONAL, INC., a West     ) **PLEADINGS**
Virginia corporation,                   )
19                                       ) [Fed. R. Civ. Proc. 15(a)]
                     Defendants.         )
20                                       )
                                         )
21                                       )
                                         )
22   _____      )

23

24        TO THE COURT, ALL PARTIES AND THEIR COUNSEL HEREIN:

25   For the reasons set forth below, Plaintiff US TOWER CORPORATION and Defendant STS

26   INTERNATIONAL, INC. (collectively, "the Parties"), hereby stipulate to continue the deadline

27   by which Defendant must file an amended pleading to Monday, July 21, 2008:

28        1.    Plaintiff filed a Complaint for Damages against Defendant on February 14, 2008.

                                         1

STIPULATION AND [PROPOSED] ORDER          Case No.: 1:08-CV-00228-AWI-SMS
TO CONTINUE TIME TO AMEND PLEADINGS

PDF created with pdfFactory trial version www.pdffactory.com

2.   Defendant filed a motion to dismiss on April 4, 2008, which motion was granted in part and denied in part by the Court on May 15, 2008.

3.   The mandatory scheduling conference in this matter has been set for August 25, 2008 before Chief Magistrate Judge Sandra M. Snyder.

4.   Defendant timely filed its Answer on May 30, 3008 and intended to exercise its right to amend this pleading on or before June 19, 2008 under Federal Rule of Civil Procedure 15(a).

5.   Under Federal Rule of Civil Procedure 15(a), Defendant has until June 19, 2008 to amend its Answer as a matter of right, after which Rule 15(a) requires the party seeking to amend its pleading to obtain "leave or court" or "written consent of the adverse party."

6.   Rule 15(a) further provides that "leave shall be freely given when justice so requires."

7.   The Parties have agreed to conduct early mediation of the claims in this case.  The Parties agree that the mediation and any potential settlement will be facilitated if the Defendant is not required to incur the expense of filing an amended Answer by June 19, 2008.

8.   In order to facilitate potential early resolution of this matter while allowing Defendant to preserve its right to amend its pleading, the Parties hereby stipulate that Defendant shall have a continuance of 30 days to amend its pleading, to Monday, July 21, 2008.


DATED:  June 18, 2008                         HOLLAND & KNIGHT LLP

                                              _____/s/ Stacey H. Wang_____
                                              Stacey H. Wang
                                              Attorneys for STS International, Inc.


DATED: June 20, 2008                          LAW OFFICES OF KENNETH M. FITZGERALD

                                              _____
                                              Barbrae Lundberg
                                              Attorneys for Plaintiff US Tower Corporation

2

STIPULATION AND [PROPOSED] ORDER                    Case No.: 1:08-CV-00228-AWI-SMS
TO CONTINUE TIME TO AMEND PLEADINGS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and pursuant to the foregoing Stipulation of the Parties, the Court orders as follows:

Defendant STS International, Inc. shall have until July 21, 2008 to file any amendments to its pleading in this case.

IT IS SO ORDERED.

DATE:  6/24/2008          /s/ Sandra M. Snyder
                                              Hon. Sandra M. Snyder

# 5399719_v2

STIPULATION AND [PROPOSED] ORDER                    Case No.: 1:08-CV-00228-AWI-SMS
TO CONTINUE TIME TO AMEND PLEADINGS

PDF created with pdfFactory trial version www.pdffactory.com