| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | Robert A. Bleicher (SBN 111334)<br>50 California Street, Suite 2800 |
| 3 | San Francisco, CA 94111<br>Telephone (415) 743-6900 |
| 4 | Facsimile (415) 743-6910<br>Email: robert.bleicher@hklaw.com |
| 5 | HOLLAND & KNIGHT LLP |
| 6 | Stacey H. Wang (SBN 245195)<br>633 West Fifth Street, 21st Floor |
| 7 | Los Angeles, California 90071-2040<br>Telephone (213) 896-2400 |
| 8 | Facsimile (213) 896-2450<br>Email: stacey.wang@hklaw.com |
| 9 | Attorneys for Defendant |
| 10 | STS INTERNATIONAL, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | | |
|---|---|---|
| US TOWER CORPORATION, a California corporation, | ) ) ) | Case No.: 1:08-CV-00228-AWI-SMS |
| Plaintiff, | ) ) | [Hon. Sandra M. Snyder] |
| vs. | ) ) ) | **FURTHER STIPULATION AND ORDER TO CONTINUE TIME TO AMEND PLEADINGS** |
| STS INTERNATIONAL, INC., a West Virginia corporation, | ) ) ) | |
| Defendants. | ) ) | [Fed. R. Civ. Proc. 15(a)] |
| | ) ) ) ) ) ) | **SCHEDULING CONFERENCE:**<br>Old Date: August 25, 2008<br>NEW DATE: September 15, 2008<br>TIME: 10:15a.m.<br>Dept: Courtroom #7 – Judge Snyder |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL HEREIN:

For the reasons set forth below, Plaintiff US TOWER CORPORATION and Defendant STS INTERNATIONAL, INC. (collectively, "the Parties"), hereby stipulate to continue the deadline by which Defendant must file an amended pleading to Friday, August 15, 2008:

1

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiff filed a Complaint for Damages against Defendant on February 14, 2008.

2. Defendant filed a motion to dismiss on April 4, 2008, which motion was granted in part and denied in part by the Court on May 15, 2008.

3. The mandatory scheduling conference in this matter has been set for August 25, 2008 before Chief Magistrate Judge Sandra M. Snyder.

4. Defendant timely filed its Answer on May 30, 3008 and intended to exercise its right to amend this pleading on or before June 19, 2008 under Federal Rule of Civil Procedure 15(a).

5. Under Federal Rule of Civil Procedure 15(a), Defendant has until June 19, 2008 to amend its Answer as a matter of right, after which Rule 15(a) requires the party seeking to amend its pleading to obtain "leave or court" or "written consent of the adverse party."

6. Rule 15(a) further provides that "leave shall be freely given when justice so requires."

7. The court previously entered a stipulated order to continue the time for Defendant to amend its pleading in this case to July 21, 2008.

8. The Parties completed early mediation on July 17, 2008.  The case did not settle at the mediation but settlement discussions are continuing.

9. The Parties agree that the any potential settlement will be facilitated if the Defendant is not required to incur the expense of filing an amended Answer by July 21, 2008.

10. In order to facilitate potential early resolution of this matter while allowing Defendant to preserve its right to amend its pleading, the Parties hereby stipulate that Defendant shall have a continuance to amend its pleading to Friday, August 15, 2008.

DATED:  July 18, 2008        HOLLAND & KNIGHT LLP

_____/s/ Stacey H. Wang_____
Stacey H. Wang
Attorneys for STS International, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

1
2  DATED: July 10 2008                    LAW OFFICES OF KEN M. FITZGERALD
3                                          Barbrae Lundberg
                                           Attorneys for US Towers Corp.
4
5
6                                    **ORDER**

7       Good cause appearing, and pursuant to the foregoing Stipulation of the Parties, the Court
8  orders as follows:
9       Defendant STS International, Inc. shall have until August 15, 2008 to file any
10 amendments to its pleading in this case.
11
12 IT IS SO ORDERED.
13
14 IT IS FURTHER ORDERED THAT the Scheduling Conference hearing is continued from
15 August 25, 2008 to September 15, 2008 at 10:15a.m. before Judge Sandra M. Snyder in
16 Courtroom #7.   Joint Scheduling Conference Statement is to be e-filed one week prior to the
17 hearing date.
18
19
20 DATE:  7/21/2008                          /s/ Sandra M. Snyder
21                                          Hon. Sandra M. Snyder
22
23 # 5399719_v3
24
25
26
27
28
                                          3
STIPULATION AND [PROPOSED] ORDER                       Case No.: 1:08-CV-00228-AWI-SMS
TO CONTINUE TIME TO AMEND PLEADINGS

PDF created with pdfFactory trial version www.pdffactory.com