HOLLAND & KNIGHT LLP
Robert A. Bleicher (SBN 111334)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone (415) 743-6900
Facsimile (415) 743-6910
Email: robert.bleicher@hklaw.com

HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450
Email: stacey.wang@hklaw.com

Attorneys for Defendant
STS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| US TOWER CORPORATION, a California corporation,<br>Plaintiff,<br>vs.<br>STS INTERNATIONAL, INC., a West Virginia corporation,<br>Defendants. | Case No.: 1:08-CV-00228-AWI-SMS<br>[Hon. Sandra M. Snyder]<br>**FURTHER STIPULATION AND ORDER TO CONTINUE TIME TO AMEND PLEADINGS**<br>[Fed. R. Civ. Proc. 15(a)] |



PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT, ALL PARTIES AND THEIR COUNSEL HEREIN:

For the reasons set forth below, Plaintiff US TOWER CORPORATION and Defendant STS INTERNATIONAL, INC. (collectively, "the Parties"), hereby stipulate to continue the deadline by which Defendant must file an amended pleading to Friday, August 29, 2008:

1. Plaintiff filed a Complaint for Damages against Defendant on February 14, 2008.

2. Defendant filed a motion to dismiss on April 4, 2008, which motion was granted in part and denied in part by the Court on May 15, 2008.

3. The mandatory scheduling conference in this matter has been set for September 15, 2008 before Chief Magistrate Judge Sandra M. Snyder.

4. Defendant timely filed its Answer on May 30, 2008 and intended to exercise its right to amend this pleading on or before June 19, 2008 under Federal Rule of Civil Procedure 15(a).

5. Under Federal Rule of Civil Procedure 15(a), Defendant had until June 19, 2008 to amend its Answer as a matter of right, after which Rule 15(a) requires the party seeking to amend its pleading to obtain "leave or court" or "written consent of the adverse party."

6. Rule 15(a) further provides that "leave shall be freely given when justice so requires."

7. The court previously entered a stipulated order to continue the time for Defendant to amend its pleading in this case to August 15, 2008.

8. The Parties completed early mediation on July 17, 2008. The case did not settle at the mediation but settlement discussions have continued and the parties are close to resolution.

9. The Parties agree that the any potential settlement will be facilitated if the Defendant is not required to incur the expense of filing an amended Answer by August 15, 2008.

10. In order to facilitate potential early resolution of this matter while allowing Defendant to preserve its right to amend its pleading, the Parties hereby stipulate that Defendant shall have a continuance to amend its pleading to Friday, August 29, 2008.



PDF created with pdfFactory trial version www.pdffactory.com

DATED: August 15, 2008

HOLLAND & KNIGHT LLP

/s/ Stacey H. Wang
Stacey H. Wang
Attorneys for STS International, Inc.

DATED: August 15, 2008

LAW OFFICES OF KENNETH M. FITZGERALD

Barbrae Lundberg
Attorneys for Plaintiff US Tower Corporation

**ORDER**

Good cause appearing, and pursuant to the foregoing Stipulation of the Parties, the Court orders as follows:

Defendant STS International, Inc. shall have until August 29, 2008 to file any amendments to its pleading in this case.

IT IS SO ORDERED.

DATE: 8/26/2008

/s/ Sandra M. Snyder
Hon. Sandra M. Snyder

# 5547852_v1



PDF created with pdfFactory trial version www.pdffactory.com